

**MAINE STATE BUREAU OF IDENTIFICATION**
45 Commerce Drive, Suite 1 / STATE HOUSE STATION # 42
AUGUSTA, ME 04333
(207) 624-7240 (VOICE)

**GINA CADOGAN, ESQ.**
**300 S PINE ISLAND RD**
**SUITE 107**
**PLANTATION, FL 33324**

**Transaction Response #: MIQ99G331864**

# Criminal History Record

## Introduction

**This criminal history record was produced in response to the following request ( Produced on 2024-07-24 ) :**

Inquiries Name(s)                    ERIC A SCHNAIRSOHN (1970███████

**The information in this criminal history record is provided subject to the following caveats:**

Important! When a criminal history record and juvenile crime information record check is processed by the State Bureau of Identification using personal identifiers such as name and date of birth, it is possible that the record supplied belongs to another person with the same or essentially similar name and date of birth. Confirmation that convictions relate to person whose record has been requested requires fingerprint comparison. If the information contained in this response will be used to disqualify an applicant for employment, housing, credit, or other benefits or programs, the person making the eligibility determination using this record should provide the applicant with an opportunity to complete or contest the accuracy of the criminal history information in the response. An individual may request amendment or correction of criminal history record information by a criminal justice agency pursuant to 16 M.R.S. section 709.

**THIS RESPONSE IS BEING PRODUCED FOR YOUR REQUEST SENT: 2024-07-24

This record, effective September 1, 2000, contains information relating to persons arrested as fugitives from justice, 15 M.R.S section 201.4 or arrested or charged with Maine crimes. It does not include former crimes no longer classified as criminal, or Class D and E crimes in Title 12 or Title 29-A, former Title 29, unless the crime is alcohol-related or drug-related 25 M.R.S. section 1541.4-A.A. For information regarding excluded Marine Resources crimes in Title 12, contact the Department of Marine Resources. For information regarding excluded Inland Fisheries and Wildlife crimes in Title 12, contact the Department of Inland Fisheries and Wildlife. For information relating to excluded crimes in Title 29-A former Title 29, contact the Secretary of State, Motor Vehicle Division. A list of former crimes is available from this Bureau.

THE FOLLOWING ATN(S) ARE UNSUPPORTED BY FINGERPRINTS IN STATE BUREAU OF IDENTIFICATION FILES: (211002B).

## Identification

**Subject Name/or potential Alias Name(s)**

**SCHNAIRSOHN, ERIC**

**Subject Description (date information provided listed in parentheses)**

EXHIBIT

A

**State ID Number**
ME0321532

**DOC Number**
Unknown/NA

**Sex**
Male

**Race**
White

**Skin Tone**
Unknown/NA

**Height**
605

**Weight**
307

**Date of Birth**
1970-█████

**Hair Color**
Gray Or Partially Gray

**Eye Color**
Blue

**Scars, Marks, and Tattoos**
Unknown/NA

**Place of Birth**
Unknown/NA

**Citizenship**
Unknown/NA

**Residence**

| | |
|---|---|
| Residence as of | 2018-06-13 |
| Address | 2641 FLAMINGO ROAD APT 2050N PLANTATION, FL 33323 |
| Residence as of | 2018-02-27 |
| Address | 1455 WASHINGTON BLVD UNIT 406 STAMFORD, CT 06902 US |

**Caution Information**

| | |
|---|---|
| Federal Firearms Disqualified Status | D - Disqualified |

# Criminal History

| Cycle 001 |
|---|

| | |
|---|---|
| **ATN/Tracking Number** | 211002B |
| **Earliest Event Date** | 2016-04-16 |

| | |
|---|---|
| **Arrest/Charge** | (Cycle 001) |
| **Arrest/Charge Date** | 2017-02-08 |
| **Arresting/Charging Agency** | PORTLAND PD; ME0030500 |
| **Subject Name(s)** | SCHNAIRSOHN, ERIC |
| **Arrest Type** | Adult |

**Charge 1**

| | |
|---|---|
| Charge Number | 211002B 001 |
| Charge Tracking Number | 211002B |
| Charge Case Number | 16-6059 |
| Agency | PORTLAND PD; ME0030500 |
| Offense Date | 2017-02-08 |
| Charge Description | THEFT BY DECEPTION (Charge Class B) |
| Statute | 17-A MRSA SUBSECTION 354(1)(B)(1) |
| State Sequence Code | 8431 |
| Severity | Felony |

**Prosecutor Disposition** (Cycle 001)

**Prosecutor Agency** DISTRICT ATTORNEY'S OFFICE PORTLAND; ME003013A

**Charge 1**

Charge Number 211002B 001

Charge Tracking Number 211002B

Offense Date 2017-02-08

Charge Description THEFT BY DECEPTION (Charge Class B)

Statute 17-A MRSA SUBSECTION 354(1)(B)(1)

State Sequence Code 8431

Severity Felony

Prosecutor Record Modified/Updated ADDED

---

**Court Disposition** (Cycle 001)

**Court Case Number** CUMCDCR201702534

**Court Agency** CUMBERLAND CRIMINAL DOCKET COURT; ME003075J

**Charge 1**

Charge Number 211002B 001

Charge Tracking Number 211002B

Agency CUMBERLAND CRIMINAL DOCKET COURT; ME003075J

Offense Date 2017-02-08

Charge Description THEFT BY DECEPTION (Charge Class B)

Statute 17-A MRSA SUBSECTION 354(1)(B)(1)

State Sequence Code 8431

Severity Felony

Disposition 2018-01-03; GUILTY
2018-01-03; CONT FOR SENTENCING

---

**Sentencing** (Cycle 001)

**Sentencing Agency** CUMBERLAND CRIMINAL DOCKET COURT; ME003075J

Court Case Number CUMCDCR201702534

Charge Number 211002B 001

Charge Sequence Number 1

Charge Tracking Number 211002B

Sentence 2018-06-11: INCARCERATED 2 years ALL BUT 0 years 0 months 90 days 0 hours SUSPENDED
2018-06-11: PROBATION 2 years

---

**Corrections** No data supplied

## Index of Agencies

Agency CUMBERLAND CRIMINAL DOCKET COURT; ME003075J

Agency Telephone 207-822-4113

Address 205 NEWBURY STREET
PORTLAND, ME 04112-0287

---

Agency DISTRICT ATTORNEY'S OFFICE PORTLAND; ME003013A

Agency Telephone 207-871-8384

Address 142 FEDERAL ST
PORTLAND, ME 04101

---

Agency PORTLAND PD; ME0030500

Agency Telephone                    207-874-8479
Address                             109 MIDDLE ST
                                    PORTLAND, ME 04111