| **CRIMINAL DOCKET** | DOCKET NUMBER<br>1855CR000656 | NO. OF COUNTS<br>1 | **Trial Court of Massachusetts**<br>**District Court Department** |
|---|---|---|---|

| DEFENDANT NAME AND ADDRESS<br>Eric Schnairsohn<br>406 Technology Ctr Dr<br>Apt 4305<br>Stoughton, MA 02072 | DOB<br>12/30/1970 | GENDER<br>Male | COURT NAME & ADDRESS<br>Stoughton District Court<br>1288 Central Street<br>Stoughton, MA 02072 |
|---|---|---|---|
| | DATE COMPLAINT ISSUED<br>05/21/2018 | | |
| | PRECOMPLAINT ARREST DATE<br>05/19/2018 | | INTERPRETER REQUIRED |

**FIRST FIVE OFFENSE COUNTS**

| COUNT | CODE | OFFENSE DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 276/20B | FUGITIVE FROM JUSTICE WITHOUT WARRANT c276 §20B | 05/19/2018 |

| DEFENSE ATTORNEY<br>Guglielmi | OFFENSE CITY/TOWN<br>Stoughton | POLICE DEPARTMENT<br>Stoughton PD |
|---|---|---|

| DATE & JUDGE | DOCKET ENTRY | DATE & JUDGE | FEES IMPOSED |
|---|---|---|---|
| 5/21/18<br>Thomas | ☒ Attorney appointed (SJC R. 3:10)<br>☐ Atty denied & Deft. Advised per 211 D §2A<br>☐ Waiver of Counsel found after colloquy | | Counsel Fee (211D § 2A¶2)<br>$     ☐ WAIVED |
| | **Terms of release set:** ☐ PR ☒ Bail<br>☐ See Docket for special condition<br>☐ Held (276 §58A) | | Counsel Contribution (211D § 2)<br>$     ☐ WAIVED |
| | | | Default Warrant Fee (276 § 30¶1)<br>$     ☐ WAIVED |
| | | | Default Warrant Arrest Fee (276 § 30 ¶2)<br>$     ☐ WAIVED |
| 5/21/18<br>Thomas | **Arraigned and advised:**<br>☐ Potential of bail revocation (276 §58B)<br>☐ Right to bail to review (276 §58)<br>☐ Right to drug exam (111E § 10)<br>☐ Inquiry made by Court under 276 § 56A | | Probation Supervision Fee (276 § 87A)<br>$     ☐ WAIVED |
| | | | Bail Order Forfeited |
| | | | **Advised of right to jury trial:**<br>☐ Waiver of jury found after colloquy<br>☐ Does not waive |
| | **Abuse Allegation:**<br>☐ C276 § 56A form filed by Commonwealth<br>☐ Allegation of abuse under C276 § 56A found<br>☐ No allegation of abuse under C276 § 56A found | | Advised of trial rights as pro se (Dist. Ct. Supp.R.4) |
| | | | Advised of right of appeal to Appeals Ct. (M.R. Crim P.R. 28) |

**SCHEDULING HISTORY**

| NO. | SCHEDULED DATE | EVENT | RESULT | JUDGE | TAPE START/STOP |
|---|---|---|---|---|---|
| 1 | 05/21/2018 | Arraignment | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 2 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 3 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 4 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 5 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 6 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 7 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 8 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 9 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 10 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |

**APPROVED ABBREVIATIONS**
ARR = Arraignment   PTH = Pretrial hearing   DCE = Discovery compliance & jury selection   BTR = Bench trial   JTR = Jury trial   PCH = Probable cause hearing   MOT = Motion hearing   SRE = Status review
SRP = Status review of payments   FAT = First appearance in jury session   SEN = Sentencing   CWF = Continuance-without-finding scheduled to terminate   PRO = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PVH = probation revocation hearing.

| A TRUE COPY ATTEST: | CLERK-MAGISTRATE / ASST CLERK<br>X | TOTAL NO. OF PAGES | ON (DATE) |
|---|---|---|---|

Date/Time Printed: 05-21-2018 10:41:58


1855CR000656

**EXHIBIT B**

Revised: 07/16

| CRIMINAL DOCKET - OFFENSES | DEFENDANT NAME<br>Eric Schnairsohn | DOCKET NUMBER<br>1855CR000656 |
|---|---|---|

**COUNT / OFFENSE**

1  FUGITIVE FROM JUSTICE WITHOUT WARRANT c276 §20B

**DISPOSITION DATE AND JUDGE**   Hernon 6/19/18

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12 | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

☐ Bench Trial

☐ Jury Trial

☒ Dismissed upon:

  ☒ Request of Commonwealth   ☐ Request of Victim

  ☐ Request of Defendant     ☐ Failure to prosecute

  ☐ Other:

☐ Filed with Defendant's consent

☐ Nolle Prosequi

☐ Decriminalized (277 §70 C)

**SENTENCE OR OTHER DISPOSITION**

☐ Sufficient facts found but continued without a finding until:

☐ Defendant placed on probation until:

  ☐ Risk/Need or OUI    ☐ Administrative Supervision

☐ Defendant placed on pretrial probation (276 §87) until:

☐ To be dismissed if court costs / restitution paid by:

| FINDING | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|
| ☐ Guilty          ☐ Not Guilty<br>☐ Responsible      ☐ Not Responsible<br>☐ Probable Cause    ☐ No Probable Cause | ☐ Dismissed on recommendation of Probation Dept.<br>☐ Probation terminated: defendant discharged<br>☐ Sentence or disposition revoked (see cont'd page) | | |

**COUNT / OFFENSE**

**DISPOSITION DATE AND JUDGE**

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12 | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

☐ Bench Trial

☐ Jury Trial

☐ Dismissed upon:

  ☐ Request of Commonwealth   ☐ Request of Victim

  ☐ Request of Defendant     ☐ Failure to prosecute

  ☐ Other:

☐ Filed with Defendant's consent

☐ Nolle Prosequi

☐ Decriminalized (277 §70 C)

**SENTENCE OR OTHER DISPOSITION**

☐ Sufficient facts found but continued without a finding until:

☐ Defendant placed on probation until:

  ☐ Risk/Need or OUI    ☐ Administrative Supervision

☐ Defendant placed on pretrial probation (276 §87) until:

☐ To be dismissed if court costs / restitution paid by:

| FINDING | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|
| ☐ Guilty          ☐ Not Guilty<br>☐ Responsible      ☐ Not Responsible<br>☐ Probable Cause    ☐ No Probable Cause | ☐ Dismissed on recommendation of Probation Dept.<br>☐ Probation terminated: defendant discharged<br>☐ Sentence or disposition revoked (see cont'd page) | | |

**COUNT / OFFENSE**

**DISPOSITION DATE AND JUDGE**

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12 | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

☐ Bench Trial

☐ Jury Trial

☐ Dismissed upon:

  ☐ Request of Commonwealth   ☐ Request of Victim

  ☐ Request of Defendant     ☐ Failure to prosecute

  ☐ Other:

☐ Filed with Defendant's consent

☐ Nolle Prosequi

☐ Decriminalized (277 §70 C)

**SENTENCE OR OTHER DISPOSITION**

☐ Sufficient facts found but continued without a finding until:

☐ Defendant placed on probation until:

  ☐ Risk/Need or OUI    ☐ Administrative Supervision

☐ Defendant placed on pretrial probation (276 §87) until:

☐ To be dismissed if court costs / restitution paid by:

| FINDING | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|
| ☐ Guilty          ☐ Not Guilty<br>☐ Responsible      ☐ Not Responsible<br>☐ Probable Cause    ☐ No Probable Cause | ☐ Dismissed on recommendation of Probation Dept.<br>☐ Probation terminated: defendant discharged<br>☐ Sentence or disposition revoked (see cont'd page) | | |

Date/Time Printed: 05-21-2018 10:41:58        1855CR000656        Revised: 07/16

| CRIMINAL DOCKET<br>DOCKET ENTRIES | DEFENDANT NAME<br>Eric Schnairsohn | DOCKET NUMBER<br>1855CR000656 |
|---|---|---|

| DATE | DOCKET ENTRIES |
|---|---|
| 5-21-18 | ~~De~~ Thomas J/msr<br>D waiver rendition + Colloquey given<br><br>Held w/out bail to June19  fcr Status<br><br>D maybe release to the Authorities of Maine.<br>Mitt To iss, |
| 6-19-18<br>FTF? | Harnon, DTS/9:46, 10:13, 10:19 - Condwoth raies to dismiss (orally) → allowed w/o objection |

**APPROVED ABBREVIATIONS**
ARR = Arraignment   PTH = Pretrial hearing   DCE = Discovery compliance & jury selection   BTR = Bench trial   JTR = Jury trial   PCH = Probable cause hearing   MOT = Motion hearing   SRE = Status review
SRP = Status review of payments   FAT = First appearance in jury session   SEN = Sentencing   CWF = Continuance-without-finding scheduled to terminate   PRO = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant Issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PVH = probation revocation hearing.