

EXHIBIT

C

