**Commonwealth of Massachusetts**
The Trial Court
Probate and Family Court Department

_Middlesex_ **Division**

Docket No. _08D3429_

*Order* ~~Order — Judgment~~ **on Complaint for Civil/Criminal Contempt**

~~filed on~~ _2nd amended complaint dated February 4, 2010_

_Elizabeth Lavine_ ,Plaintiff

v.

_Eric Schnairsohn_ ,Defendant

I. After hearing, it is adjudged that the defendant is:

☐ ~~NOT GUILTY of Contempt of this Court.~~

☒ GUILTY of Contempt of this Court for having willfully:

☒ A. neglected and refused to pay child support/~~alimony~~, the arrearage of which is fixed at _4,760.00_ .

☒ B. neglected and refused to pay _day care expenses_ ~~health insurance premiums~~ for ~~the plaintiff and/or~~ minor child~~(ren)~~ _in the amount of $3,415.00_

☐ C. neglected and refused to pay medical bills in the amount of $ _____.

☐ D. neglected and refused to allow the plaintiff visitation with the minor child(ren) on

_____

_____

☐ E. neglected and refused to report to the Probation Department regarding his/her job seeking efforts.

☐ F. neglected and refused to pay the attorney fees owed to plaintiff's attorney in the amount of $ _____.

☐ G. _____

_____

_____

_____

(OVER)

**EXHIBIT E**

CJ-D 404 (10/96)

II. It is ordered that:

☐ A. the defendant pay $_____ weekly/monthly ($_____ of which shall be applied against the arrearage).

☐ B. the defendant pay $_____ weekly/monthly towards the arrearage of $_____.

☐ C. the parties shall comply with the stipulation dated_____ which is incorporated and merged into this order/judgment.

☐ D. the defendant shall report in person to the Probation Department of this Court each week with evidence of having sought employment from at least_____ employers. The defendant shall provide the Probation Department with the name, address, and telephone number of the employers and a copy of his/her job application or other proof of having actually applied for work. VIOLATION OF THIS PARAGRAPH SHALL BE DEEMED CRIMINAL CONTEMPT OF COURT AND MAY SUBJECT THE DEFENDANT TO A JAIL SENTENCE OF UP TO SIX MONTHS.

☒ E. the defendant shall pay attorney fees in the amount of $ 5,000.00 and the cost of service of process which was necessary on this complaint, to wit, $_____.

☒ F. The defendant shall pay $2,000.00 towards the Lexus.
The defendant shall pay $617.00 the Natick property deficiency.
All other monetary issues are preserved. for further hearing *

III. It is further ordered that:

☒ A. the defendant be committed to jail for 60 days or until he/she shall purge him/herself of said contempt by payment of $ 15,792.00 OR until further order of the Court OR until he/she be otherwise discharged by due course of law.

☐ B. this sentence be suspended until _____.

☒ C. this matter is continued to April 21, 2010 @ 8:30am

Date February 17, 2010

_____
Justice of the Probate and Family Court

* The defendant is ordered not to contact or communicate with Plaintiff's employer or clientele. Violation hereof will result in a criminal complaint for contempt to be issued.