Announcements    Register for an Account    Login

**Need Help?** For technical assistance in using this web application, please call the ePLACE Help Desk Team at (844) 733-7522 🌐 or (844) 73-ePLAC between the hours of 7:30 AM-5:00 PM Monday-Friday, with the exception of all Commonwealth and Federally observed holidays. If you prefer, you can also e-mail us at ePLACE_Helpdesk@Mass.Gov. For assistance with non-technical issues, please contact the issuing Agency directly using the links below.

Contact Alcoholic Beverages Control Commission
Contact Department of Labor Standards
Contact Division of Occupational Licensure

**\*\*\* ANNOUNCEMENT as of January 1, 2023: For more information about and a listing of which boards have moved to the Dept of Public Health please**, Click Here.

For all **Division of Apprentice Standards** related transactions (Sponsor Applications; Apprentice Agreements; Renewals; Sponsor Verification) click here.

To apply for an **Energy and Environmental Affairs (DEP, MDAR or DCR)** permit or license, please click here.

**Convenience Fee:**
For DOL and DLS transactions, please note that all online credit card transactions incur a 2.35% convenience fee. There is a fee of $0.35 associated with online payment by ACH/EFT.

For ABCC transactions, the fee is 2.59% for credit and 2.09% for debit.

| Home | Manage Licenses, Permits and Certificates | File and Track Complaints |
|------|-------------------------------------------|---------------------------|

Advanced Search

Please refer to the Licensing Entity's website for additional information regarding the status and discipline information shown below.

For DPL information, please visit the DPL website.
For ABCC information, please visit the ABCC website.

## Information Pertaining To:
## Appraiser 70894

## Licensee Detail

**License Number:**            70894

**Licensing Entity:**        Board of Real Estate Appraisers

**License Type:**        Appraiser

**Type Class:**        LA

**License Issue Date:**            06/15/2005

**License Expiration Date:**            12/30/2011          **Status:**      Surrendered by Discipline

**Current Discipline:**        Voluntary Surrender

**Prior Discipline:**

**Name:**      ERIC SCHNAIRSOHN

**Business Name:**

EXHIBIT
H

DBA Name:

▸ **Public Documents**