July 18, 2024

## NOTICE OF SEPARATION AND CHANGE OF EMPLOYEMENT STATUS

*Via email and overnight mail.*
Eric Schnairsohn
215 N New River Drive E
Unit 3700
Fort Lauderdale, FL 33301

Dear Mr. Schnairsohn:

To follow up on our virtual meeting on July 18, 2024, this letter is to inform you that effective July 18, 2024, your at-will employment with Intra Management Solutions ("IMS") is terminated and that you are no longer employed with IMS.

As you are aware, on July 2, 2024 you verbally resigned from IMS. You then requested to withdraw your resignation.

As you are also aware, IMS received a harassment complaint relating to your treatment of employees.

As discussed during our July 18, 2024 call, IMS learned of several false representations contained in certain expense reports submitted by you for reimbursement by IMS. The expense reports at issue indicated that participants were present at events, while those participants were in fact not present and were at different geographic locations. Following an investigation that was appropriate under the circumstances, IMS has reasonable grounds for believing that the expense reports at issue contained false representations.

IMS has also learned that you have recently improperly appropriated IMS information and multiple IMS documents by forwarding them to a personal email address.

These and other circumstances contributed to and caused the termination of your at-will employment with IMS.

You will receive your unpaid wages on or before your next regular payment date.

Information regarding your Continuation of Health Coverage (COBRA) benefits is set forth in the attached letter to you from Admin America dated July 18, 2024, which is fully incorporated by reference herein.

Please return all property of IMS including documents, confidential information, client information, data, files, and any other property of IMS issued to you or otherwise in your possession. Please deliver all such property, data and information to IMS by no later than Monday July 22, 2024. Please delete all documents and data transferred to personal email

EXHIBIT

I

INTRA MANAGEMENT SOLUTIONS, INC. 6136 FRISCO SQUARE BLVD. SUITE 400 FRISCO, TX 75034

addresses and delete all IMS related data and client data from your personal devises or computers.  IMS further requests that you certify in writing that all the aforementioned property, data and information has been deleted and/or returned to IMS by Monday July 22, 2024.

In addition, please make arrangements to repay the remaining and owed portion of the wage advance that you obtained from IMS.

Please contact IMS' counsel Stefan Perovich, Calhoun, Bhella & Sechrest, LLP, sperovich@cbsattorneys.com, 17875 Von Karman Ave., Suite 150, Irvine, California 92614 with any inquiries or questions and to make arrangements for the return of IMS property, including the wage advance mentioned above.

Sincerely,

Matthew Wojciechowski

INTRA MANAGEMENT SOLUTIONS, INC. 6136 FRISCO SQUARE BLVD. SUITE 400 FRISCO, TX 75034

Admin America, Inc.
1720 Windward Concourse
Suite 290
Alpharetta, GA  30005



Eric Schnairsohn & Family                                                                     7/18/2024
215 N New River Drive E
Unit 3700
Fort Lauderdale, FL 33301

Dear Eric Schnairsohn & Family:

> *As your life events change, we know how important it is to remain covered by health insurance and that comparing all of the options can be confusing. While continuing your current coverage may be your best option, many Americans want to understand if they are eligible for tax subsidies under the Affordable Care Act to lower the cost of coverage.  As part of our service to help you better understand your options and eligibility for subsidies, we have partnered with GoHealth to provide a dedicated website and care center to assist you in exploring your options in addition to coverage under COBRA.  GoHealth is the country's most complete online portal for finding health insurance. Please visit www.gohealth.com\AdminAmerica or call 1-866 -427-3016 to speak with a GoHealth representative for more information.*

On 7/18/2024, you experienced an event of a/an Termination which constitutes a qualifying event under the Intra Management Solutions Inc. group health plan(s). As a result, your coverage, and that of your covered dependent(s), if any, will end on the date(s) set forth on the COBRA Continuation Election Form accompanying this letter. Under the provisions of the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA) this entitles you and your covered dependent(s) if any, to elect to continue coverage (referred to as COBRA coverage) under the plan(s) enrolled as active member(s). The first day of COBRA coverage and the maximum continuation period is determined by plan. Please refer to your COBRA Election Form enclosed to determine your first day of COBRA coverage and maximum continuation period ("Last Day of COBRA").

**How to Elect COBRA Coverage**
Under COBRA, you have a limited number of days to elect continuation coverage. Your election window is determined by the plan and is calculated from the date your coverage under the plan is lost because of the event described above or the date this notice of your election rights is sent to you, whichever is later. To elect COBRA coverage, you must complete and submit the enclosed election form to Admin America, Inc. no later than the Election Period End date ("Last Day to Elect") listed on the enclosed COBRA Election Form. This same notice is being sent separately to your spouse, if any; however, only one of you needs to elect continuation coverage for your spouse and dependent child(ren), if any, who wish to continue coverage. Furthermore, because COBRA gives you the right to elect coverage independently, you, your spouse or dependent child(ren), if any, may elect single coverage and not include those individuals who do not wish to continue coverage.

**Payment of COBRA Coverage Premiums**
The current amount of this premium and the due date for payment are explained in the enclosed COBRA Election Form. The premium may change in the future. We have used the information supplied by Intra Management Solutions Inc. to calculate your maximum continuation period under the plan(s) you were insured prior to your qualifying event. If there is a discrepancy between our calculation and the underwriting insurance carrier, the insurance carrier always governs. Please contact your insurance carrier(s) to determine the exact end of your maximum continuation period.

**Length of COBRA Coverage Period**
If you and your spouse or dependent child(ren), if any, elect coverage, it can last for a maximum continuation period ("Last Day of COBRA") described in the enclosed COBRA Election Form beginning on the date of your qualifying event, or loss of coverage, whichever is later. The first day of COBRA coverage will be determined by the plan. This period may be extended for the following reasons:

**1. Death of employee, divorce, legal separation or change in dependent status**

00403 013 0000823405                                                                     Page 1 of 11



If these events occur during the original maximum continuation period of COBRA coverage, the period of coverage for your spouse and dependent child(ren), if any, may be extended. These events extend the original maximum continuation period of COBRA coverage only if they would have caused your spouse or dependent child(ren), if any, to lose coverage under the plan if the original qualifying event had not occurred. Note that to receive this extension, you and/or your spouse and dependent child(ren), must notify the Intra Management Solutions Inc. Plan Administrator within 60 days of the occurrence of these events.

### 2. Medicare entitlement of employee

If you became entitled to Medicare BEFORE your qualifying event, COBRA laws allow you to remain eligible for up to 18 months of COBRA coverage. However, your spouse and dependent child(ren), if any, may receive extended COBRA coverage for up to the greater of either: (a) 36 months from the date of your Medicare entitlement; or (b) 18 months from the date of your qualifying event, or loss of coverage, whichever is later.

If you become entitled to Medicare AFTER your qualifying event but within the original maximum continuation period of your qualifying event, your spouse and dependent child(ren), if any, may receive an additional 18 months of COBRA coverage. Note that a person generally has become entitled to Medicare when he or she has applied for Social Security income payments or has filed an application for benefits under Part A or Part B of Medicare.

### 3. Disability determination

If it is determined that you and/or your spouse or dependent child(ren), if any, were determined to be disabled (by the Social Security Administration) during the first 60 days of COBRA coverage and you are still disabled at the end of your original maximum continuation period of coverage, the original maximum continuation period may be extended for an additional 11 months for all individuals covered under COBRA coverage from the date of the qualifying event. This extension only applies if the Intra Management Solutions Inc. Plan Administrator is notified within 60 days of a disability determination and before the end of the original maximum continuation period. Federal law requires that you notify the Intra Management Solutions Inc. Plan Administrator of a determination by the Social Security Administration that you, your spouse, or dependent child(ren) are no longer disabled within 30 days of such a determination. Intra Management Solutions Inc. can be reached at (214) 444-6554 during business hours.

### 4. Bankruptcy filing

If the employer files for bankruptcy reorganization and retiree health coverage is lost within one year before or after the bankruptcy filing, COBRA coverage could continue until the death of a retiree (or a surviving spouse of a deceased retiree) or for 36 months from the retiree's death (after the bankruptcy filing) in the case of the spouse and dependent child(ren).

### Newborns and Adoptees

A child who is born to or placed for adoption with you during a period of COBRA coverage will be eligible to become covered under the plan. In accordance with the terms of the Intra Management Solutions Inc. group health benefits plan and the requirements of Federal law, these qualified beneficiaries can be added to COBRA coverage upon proper notification to the Intra Management Solutions Inc. Plan Administrator of the birth or adoption.

### Early Termination of COBRA Coverage

COBRA coverage may terminate early if:
(1)  The required premium payment is not paid when due.
(2)  After the date of your COBRA election, you and your spouse or dependent child(ren), if any, become covered under another group health plan that does not contain any exclusion or limitation for any of your pre-existing conditions.
(3)  After the date of your COBRA election, you, your spouse or dependent child(ren), if any, become entitled to Medicare benefits.
(4)  All of Intra Management Solutions Inc. group health plans are terminated.
(5)  If coverage is extended an additional 11 months due to disability, a determination that the individual is no longer disabled.
(6)  COBRA coverage may also be terminated for any reason the plan would terminate coverage of a participant or beneficiary not receiving COBRA coverage (such as fraud).

The Health Insurance Portability and Accountability Act of 1996 (HIPAA) restricts the extent to which group health plans may impose pre-existing condition limitations. These rules are generally effective for plan years beginning after June 30, 1997. HIPAA coordinates COBRA's other coverage cut-off rule with these new limits as follows.

If you become covered by another group health plan and that plan contains a pre-existing condition limitation that affects you, your COBRA coverage cannot be terminated. However, if the other plan's pre-existing condition rule does not apply to you by reason of HIPAA's restrictions on pre-existing condition clauses, the Intra Management Solutions Inc. group health plan may terminate your COBRA coverage.  (NOTE: Under the Affordable Care Act, a group health plan must eliminate any pre-existing condition limitations as of the first day of the plan year that begins in 2014.)

If you have questions about your HIPAA rights, you may contact your state insurance department or the U.S. Department of Labor, Employee Benefits Security Administration (EBSA) toll-free at 1-888-444-3272 (for free HIPAA publications, ask for publications concerning changes in health care laws). You may also contact the CMS publication hotline at 1-800-633-4227 (ask for Protecting Your Health Insurance Coverage). These publications and other useful information are also available on the Internet at http://www.dol.gov/ebsa.

Continuation coverage under COBRA is provided subject to your eligibility. The Intra Management Solutions Inc. Plan Administrator reserves the right to terminate your COBRA coverage retroactively if you are determined to be ineligible for coverage. To be sure that you, your spouse and your dependent child(ren), if any, receive the necessary information concerning your rights, you should keep Admin America, Inc. informed of any address changes.

There may be other coverage options for you and your family. When key parts of the healthcare law take effect, you'll be able to buy coverage through the Health Insurance Marketplace.  In the Marketplace, you could be eligible for a new kind of tax credit that lowers your monthly premiums right away, and you can see what premium, deductibles, and out of pocket costs will be before you make a decision to enroll. Being eligible for COBRA does not limit your eligibility for coverage for a tax credit through the Marketplace. Additionally, you may qualify for a special enrollment opportunity for another group health plan for which you are eligible (such as a spouse's plan), even if the plan generally does not accept late enrollees, if you request enrollment within 30 days.  For more information about health insurance options through a Health Insurance Marketplace, visit www.healthcare.gov.

Please be advised of your right to obtain a copy of the Summary Plan Description (SPD) for your group health plan by contacting the Intra Management Solutions Inc. Human Resource Department at (214) 444-6554. The SPD contains a complete description of your benefits.

This notice is a summary of your COBRA rights. For answers to specific questions, please contact our Customer Service Department at (678) 578-4638 during business hours.

Sincerely,

Admin America, Inc.

**Medical Flexible Spending Account**

You may be eligible to elect COBRA Continuation Coverage for your Medical Flexible Spending Account (FSA). Your eligibly to elect coverage depends on the status of your FSA account as of your qualifying event date. To continue your FSA the contributions (i.e., payroll deductions) you made must be greater than the claims/expenses that have been incurred and paid as of your qualifying event date. You will have access to your full available balance if you elect and make monthly COBRA payments for your FSA coverage.

You will not qualify to continue your Medical FSA under COBRA if you have overspent your account. In other words, the contributions (i.e., payroll deductions) you made are less than the claims/expenses that have been incurred and paid.

If you are eligible to continue the Medical FSA benefit, you will have the opportunity to elect the benefit on the COBRA Election Form enclosed in this paper work.

To inquire about the status of your Medical FSA Account please contact your FSA plan vendor/administrator or log into the participant portal.

If you were not enrolled into a Medical Flexible Spending Account you can ignore this section.

Sincerely,

Admin America, Inc.

### COBRA CONTINUATION COVERAGE ELECTION FORM
### Intra Management Solutions Inc.
**IMPORTANT: PLEASE RETAIN A COPY OF THIS COBRA ELECTION FORM FOR FUTURE REFERENCE.**
**THIS FORM CONTAINS INFORMATION ABOUT YOUR RIGHTS UNDER COBRA.**

To continue coverage, you must complete and submit this election form to Admin America, Inc. no later than the Election Period End date ("Last Day To Elect") listed below. If this election form is not returned within the enrollment period described below for each plan, you will lose your right to elect coverage. After you have elected to continue coverage under COBRA, you must pay the Initial Premium, which includes the premiums for the period of coverage from your First Day of COBRA to the date of your election and any regularly scheduled monthly premiums that become due between your election date and the end of the Initial Premium Payment period.  Your Initial Premium Period will end at the end of your Initial Grace Period which is listed below and which is measured as a number of days after the date of your election.  To become "fully enrolled" under COBRA, you must "pay your account to current" no later than the end of your Initial Grace Period.  You may certainly though "pay to current" and become fully enrolled under COBRA before the end of your Initial Grace Period.  Paying to current is defined as paid to the month in which it currently is.

Once Admin America has received your election and payment paying your coverage **through the current month,** notice will be sent to your carrier(s) to reinstate your coverage. **Be aware that some carriers can take up to 14 business days to complete their reinstatement process.** You can contact your carrier directly to see if your COBRA coverage is active.

If you waive coverage under COBRA before the end of the enrollment period, you can change your mind and continue coverage by submitting your completed election form before the end of the enrollment period described below for each plan. **THERE IS NO NEED TO RESPOND TO THIS NOTICE IF YOU ARE NOT INTERESTED IN ELECTING ANY LINES OF COVERAGE UNDER COBRA.**

If you have questions about COBRA or need assistance to complete your election form, please contact our Customer Service Department at (678) 578-4638 during business hours.

**Qualified Beneficiary(QB):**

Eric Schnairsohn
215 N New River Drive E
Unit 3700
Fort Lauderdale, FL 33301

Event Date:     7/18/2024
Event Type:     Termination

Second Event:    No

COBRA gives you the right to elect coverage independently. You, your spouse or dependent child(ren), if any, may elect single coverage and not include those individuals who do not wish to continue coverage.

**Premium Information:**

| Plan Name | Coverage Level | Monthly Premium |
|---|---|---|
| BCBS TX Medical P620CHC | QB + Spouse | $1,855.91 |
| Principal High Dental | QB + Spouse | $111.84 |
| Principal Vision | QB + Spouse | $18.04 |
| | **Total Premium:** | $1,985.79 |

**Continuation Information:**

| Plan Name | First Day of COBRA | Last Day of COBRA | # Months of COBRA | Last Day To Elect | Initial Grace Period Days | Subsequent Grace Period Days |
|---|---|---|---|---|---|---|
| BCBS TX Medical P620CHC | 8/1/2024 | 1/31/2026 | 18 | 9/30/2024 | 45 | 30 |
| Principal High Dental | 8/1/2024 | 1/31/2026 | 18 | 9/30/2024 | 45 | 30 |
| Principal Vision | 8/1/2024 | 1/31/2026 | 18 | 9/30/2024 | 45 | 30 |



**Election Options (Individuals Enrolled Prior to Qualifying Event):**
**Please indicate the COBRA continuation coverage you are electing by checking the applicable box(es).**

| Name | Relationship | Date of Birth | SSN |
|---|---|---|---|
| Eric Schnairsohn | QB | 12/30/1970 | xxx-xx-8996 |
| Accept ☐ Waive ☐  BCBS TX Medical P620CHC | | | |
| Accept ☐ Waive ☐  Principal High Dental | | | |
| Accept ☐ Waive ☐  Principal Vision | | | |
| Leah Schnairsohn | Spouse | 12/21/1968 | xxx-xx-6248 |
| Accept ☐ Waive ☐  BCBS TX Medical P620CHC | | | |
| Accept ☐ Waive ☐  Principal High Dental | | | |
| Accept ☐ Waive ☐  Principal Vision | | | |

**Alternative Election Options:**

| Plan Name | Coverage Level | First Day of COBRA | Monthly Premium |
|---|---|---|---|
| BCBS TX Medical P620CHC | QB + Spouse | 8/1/2024 | $1,855.91 |
| | QB Only | 8/1/2024 | $927.96 |
| | Spouse Only | 8/1/2024 | $927.96 |
| Principal High Dental | QB + Spouse | 8/1/2024 | $111.84 |
| | QB Only | 8/1/2024 | $54.09 |
| | Spouse Only | 8/1/2024 | $54.09 |
| Principal Vision | QB + Spouse | 8/1/2024 | $18.04 |
| | QB Only | 8/1/2024 | $8.96 |
| | Spouse Only | 8/1/2024 | $8.96 |

For your benefit, we are documenting up to your next 12 months of continuation premiums. Please be advised, this table is prepared based upon current information and current rates in effect and is subject to change based upon completed elections and/or changes at Open Enrollment.

**Projected Plan Premiums**

| Premium Due Date | Total Amount Owed |
|---|---|
| 08/01/2024 | $1,985.79 |
| 09/01/2024 | $1,985.79 |
| 10/01/2024 | $1,985.79 |
| 11/01/2024 | $1,985.79 |
| 12/01/2024 | $1,985.79 |
| 01/01/2025 | $1,985.79 |
| 02/01/2025 | $1,985.79 |
| 03/01/2025 | $1,985.79 |
| 04/01/2025 | $1,985.79 |
| 05/01/2025 | $1,985.79 |
| 06/01/2025 | $1,985.79 |
| 07/01/2025 | $1,985.79 |

Completed election forms and premium payments should be remitted directly to the address below. Payment must be in the form of a check or money order. DO NOT send cash. Make checks payable to **Admin America, Inc**

Admin America, Inc.
PO Box 2440
Omaha, NE  68103

00403 013 0000823405



For all other correspondence please use the following address:

> Admin America, Inc.
> 1720 Windward Concourse
> Suite 290
> Alpharetta, GA  30005

[     ] I have read this form and the notice of my election rights. I understand my rights to elect continuation coverage and would like to take the action indicated above. I understand that if I elect continuation coverage, my continuation coverage will terminate under several circumstances according to COBRA regulations, including: non-payment of premium, the date I or a continued dependent become covered under another Group Health Plan or become entitled to Medicare after the COBRA election, or on the date which this Group Plan ends. I also understand that if I was determined to be disabled by the Social Security Administration within 60 days of my Qualifying Event, I may be eligible for extended continuation coverage and that any break in continued coverage of more than 63 days may cause loss of coverage portability.

I understand that future premiums are due the first of each month. I also understand that failure to pay the required premiums will result in termination of COBRA rights and coverage.

**Signature** _____ **Date** _____
*NOTE: If signature line is on a second page, be sure to include all pages of the election form. We will not be able to process your election without the entire form.

**New Member Login Notice**

An integral part of our broad service offering is our Member Self-Service Portal (Member Portal). We have designed the Member Portal to be an information-rich and secure website empowering you with the tools and information to efficiently and accurately manage your continuation under the Intra Management Solutions Inc. group health plans. We encourage you to leverage the powerful tools contained in the Member Portal anytime, from any location. Examples of information and tools you'll find on the Member Portal include:

1. Payment Information (last received and next due)
2. Coverage Information (plans and critical dates)
3. Copies of all communications we've sent to you
**4. Make Payments Online**

Below is your unique registration identification number needed to become an authorized user of our website. Please visit https://COBRA.ADMINAMERICA.COM and click on the NEW USER link and follow the registration process as described. Please note you will be asked to supply a second piece of identification which will be your social security number (SSN). In order to expedite the registration process, please make sure you have this information with you before beginning the new user registration process.

DFnEvTy2

Once you have entered your registration code, you will be asked to change the password. Please note that COBRAPoint has several password requirements. ALL Passwords must include at lease one each of the following: a CAPITAL Letter, a lower-case letter, a number (1234567890), AND a special character (ie: !@#$%^&*)

**SCHEDULED ACH PREMIUM PAYMENT OPTION**

Did you know you can set up scheduled ACH for your payments? ACH is a safe, fast and secure way to ensure your payment is made on time. To sign up, login to your Member portal and proceed to the Recurring payments section. Also, you may contact our offices and we will help you with any questions or concerns.

If you should ever have any questions or comments, please do not hesitate to contact our offices at (678) 578-4638 during business hours. Our entire staff is looking forward to getting to work for you.

You can now elect online through your Member Self-Service Portal (Member Portal).  Online election is available for you to elect any combination of plans for yourself and your dependents (if any) that you had before your Qualifying Event.   Online election is available until 11:59 PM Central Time on the Last Day to Elect listed on your COBRA Continuation Election Form.  Electing online is a safe, fast and secure way to ensure your elections are processed. Please visit https://COBRA.ADMINAMERICA.COM to register and complete your online election.



Instead of enrolling in COBRA continuation coverage, there may be other more affordable coverage options for you and your family through the Health Insurance Marketplace, Medicaid, Medicare, or other group health plan coverage options (such as a spouse's plan) through what is called a "special enrollment period."  Some of these options may cost less than COBRA continuation coverage.

You should compare your other coverage options with COBRA continuation coverage and choose the coverage that is best for you.  For example, if you move to other coverage you may pay more out of pocket than you would under COBRA because the new coverage may impose a new deductible.

When you lose job-based health coverage, it's important that you choose carefully between COBRA continuation coverage and other coverage options, because once you've made your choice, it can be difficult or impossible to switch to another coverage option.

The Health Insurance Marketplace offers "one-stop shopping" to find and compare private health insurance options.  In the Marketplace, you could be eligible for a new kind of tax credit that lowers your monthly premiums and cost-sharing reductions (amounts that lower your out-of-pocket costs for deductibles, coinsurance, and copayments) right away, and you can see what your premium, deductibles, and out-of-pocket costs will be before you make a decision to enroll.  Through the Marketplace you'll also learn if you qualify for free or low-cost coverage from Medicaid or the Children's Health Insurance Program (CHIP).  You can access the Marketplace for your state at www.HealthCare.gov.

Coverage through the Health Insurance Marketplace may cost less than COBRA continuation coverage.  Being offered COBRA continuation coverage won't limit your eligibility for coverage or for a tax credit through the Marketplace.  You have 60 days from the time you lose your job-based coverage to enroll in the Marketplace.  That is because losing your job-based health coverage is a "special enrollment" event.  **After 60 days your special enrollment period will end and you may not be able to enroll, so you should take action right away.**  In addition, during what is called an "open enrollment" period, anyone can enroll in Marketplace coverage.

If you sign up for COBRA continuation coverage, you can switch to a Marketplace plan during a Marketplace open enrollment period.  You can also end your COBRA continuation coverage early and switch to a Marketplace plan if you have another qualifying event such as marriage or birth of a child through something called a "special enrollment period."  But be careful though - if you terminate your COBRA continuation coverage early without another qualifying event, you'll have to wait to enroll in Marketplace coverage until the next open enrollment period, and could end up without any health coverage in the interim.

Once you've exhausted your COBRA continuation coverage and the coverage expires, you'll be eligible to enroll in Marketplace coverage through a special enrollment period, even if Marketplace open enrollment has ended.

If you sign up for Marketplace coverage instead of COBRA continuation coverage, you cannot switch to COBRA continuation coverage once your election period ends.



To find out more about enrolling in the Marketplace, such as when the next open enrollment period will be and what you need to know about qualifying events and special enrollment periods, visit www.HealthCare.gov.

You also may be eligible to enroll in coverage under another group health plan (like a spouse's plan), if you request enrollment within 30 days of the loss of coverage.  If you or your dependent chooses to elect COBRA continuation coverage instead of enrolling in another group health plan for which you're eligible, you'll have another opportunity to enroll in the other group health plan within 30 days of losing your COBRA continuation coverage.

When considering your options for health coverage, you may want to think about:

- <u>Premiums</u>: Your previous plan can charge up to 102% of total plan premiums for COBRA coverage.  Other options, like coverage on a spouse's plan or through the Marketplace, may be less expensive.

- <u>Provider Networks</u>: If you're currently getting care or treatment for a condition, a change in your health coverage may affect your access to a particular health care provider.  You may want to check to see if your current health care providers participate in a network as you consider options for health coverage.

- <u>Drug Formularies</u>: If you're currently taking medication, a change in your health coverage may affect your costs for medication – and in some cases, your medication may not be covered by another plan.  You may want to check to see if your current medications are listed in drug formularies for other health coverage.

- <u>Severance payments</u>:  If you lost your job and got a severance package from your former employer, your former employer may have offered to pay some or all of your COBRA payments for a period of time.  In this scenario, you may want to contact the Department of Labor at 1-866-444-3272 to discuss your options.

- <u>Service Areas</u>: Some plans limit their benefits to specific service or coverage areas – so if you move to another area of the country, you may not be able to use your benefits.  You may want to see if your plan has a service or coverage area, or other similar limitations.

- <u>Other Cost-Sharing</u>: In addition to premiums or contributions for health coverage, you probably pay copayments, deductibles, coinsurance, or other amounts as you use your benefits.  You may want to check to see what the cost-sharing requirements are for other health coverage options.  For example, one option may have much lower monthly premiums, but a much higher deductible and higher copayments.



**Special Consideration for Medicare Eligible Qualified Beneficiaries**

In general, if you don't enroll in Medicare Part A or B when you are first eligible because you are still employed, after the initial enrollment period for Medicare Part A or B, you have an 8-month special enrollment period to sign up, beginning on the earlier of

- The month after your employment ends; or
- The month after group health plan coverage based on current employment ends.

If you don't enroll in Medicare Part B and elect COBRA continuation coverage instead, you may have to pay a Part B late enrollment penalty and you may have a gap in coverage if you decide you want Part B later.  If you elect COBRA continuation coverage and then enroll in Medicare Part A or B before the COBRA continuation coverage ends, the Plan may terminate your continuation coverage.  However, if Medicare Part A or B is effective on or before the date of the COBRA election, COBRA coverage may not be discontinued on account of Medicare entitlement, even if you enroll in the other part of Medicare after the date of the election of COBRA coverage.

If you are enrolled in both COBRA continuation coverage and Medicare, Medicare will generally pay first (primary payer) and COBRA will pay second.  Certain COBRA continuation coverage plans may pay as if secondary to Medicare, even if you are not enrolled in Medicare.

For more information visit https://www.medicare.gov/medicare-and-you.



ORIGIN ID:DTHA (214) 981-9200
STEFAN PEROVICH
CALHOUN BHELLA & SECHREST
17875 VON KARMAN AVE.
SUITE 150
IRVINE, CA 92614
UNITED STATES US

SHIP DATE: 18JUL24
ACTWGT: 1.00 LB
CAD: 102006237/INET4535

TO **ERIC SCHNAIRSOHN**

**215 N. NEW RIVER DRIVE E.**
**UNIT 3700**

**FORT LAUDERDALE FL 33301**

INV:
PO:
REF:
DEPT:

BILL SENDER

FedEx
Express

J243024071301uv

583J9/E0E4/9AE3

TRK# 0201
**7774 8838 7937**

**XG HWOA**

FRI - 19 JUL 10:30A
PRIORITY OVERNIGHT

FL-US FLL
33301

After printing this label:

**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.