UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61334-LEIBOWITZ

**INTRA MANAGEMENT SOLUTIONS, INC.**,

   *Plaintiff*,

v.

**ERIC SCHNAIRSOHN**,

   *Defendant*.

_____/

## ORDER

THIS CAUSE comes before the Court on Defendant's Expedited Motion to Compel Depositions in Advance of Injunction Hearing (the "Motion") [ECF No. 34], filed August 29, 2024. This Court will accordingly set the following expedited briefing schedule on this Motion. Plaintiff shall respond to Defendant's Motion **no later than Saturday, August 31, 2024.** The Defendant shall file a reply, if any, **no later than Monday, September 2, 2024,[1] at 5:00 p.m.** To aid this Court in deciding on the Motion, the parties must now submit all witness lists **no later than Monday, September 2, 2024, at 10:00 p.m.** This Order does not affect any of the other deadlines this Court previously set. [*See* ECF Nos. 24, 33].

**DONE AND ORDERED** in the Southern District of Florida on August 29, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record

---

[1] The Court is aware that federal courts are closed on September 2, 2024. However, this Court is ordering the parties to submit briefing and witness lists that day due to the expedited nature of this Motion and the extraordinary relief for which the Plaintiff asks.